AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
STEPHEN BRUM

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1788-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 8, 2004__ in __Bristol__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, possess in and affecting commerce ammunition, to wit, various rounds of 9mm ammunition

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am a(n) __Special Agent, ATF__ and that this complaint is based on the following
Official Title

facts:
See attached affidavit of Sheila M. O'Hara

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

06-22-2004                                     at      Boston, Massachusetts
Date                                                    City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                       Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.