## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to: Bristol County Jail and House of Correction, 400 Faunce Corner Road, Dartmouth, MA 02747

YOU ARE COMMANDED to have the body of___Stephen Brum_____ now in your custody, before the United States District

Court for the District of Massachusetts, John Joseph Moakley Courthouse, Courtroom No.__16_____, on the 5TH floor,

Boston,  Massachusetts on ____June 28, 2004_____, at __12:00_____ P. M.

for the purpose of an Initial Appearance_____

in the case of       UNITED STATES OF 03-10392 AMERICA V.__Stephen Brum_____

MJ Number    04-1788-CBS

          And you are to retain the body of said ___Steppehn Brum_____ while before said Court upon said day

and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter

to return said ___Stephen Brum___ to the institution from which he was taken, under safe and secure conduct, to be there

imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your

doings herein.

Dated this _25th____ day of____June_____, 2004.


_Charles B. Swartwood, III_____
UNITED STATES MAGISTRATE JUDGE

                                        TONY ANASTAS, CLERK


                                        By: /s/ Lisa B. Roland_____
                        SEAL              Lisa B. Roland (617) 748-4446
                                                     (508) 929-9905
                                        Deputy Clerk


(Habcorp.wrt - 10/96)                          [kwhcap.] or
                                                      [kwhcat.]