AO 442 (Rev. 5/93) Warrant for Arrest

SCANNED
DATE:
BY:

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

STEPHEN BRUM

## WARRANT FOR ARREST

CASE NUMBER: 04-1788-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Stephen Brum
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of ammunition

in violation of
Title    18    United States Code, Section(s)  922(g)(1)

CHARLES B. SWARTWOOD, III                    UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                      Title of Issuing Officer

Signature of Issuing Officer                 6-22-04 @ Boston, MA
                                             Date and Location

Bail fixed at $                    by
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON  6/28/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.