UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04CR 1 C 2 2 7 RWZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: |
| v. ) | |
| ) | VIOLATIONS: |
| ) | |
| STEPHEN BRUM ) | 18 U.S.C. §922(g)(1) - |
| ) | Felon in Possession of |
| ) | Ammunition |

INDICTMENT

COUNT ONE:   (Title 18, United States Code § 922(g)(1) - Felon
In Possession Of Ammunition)

The Grand Jury charges that:

On or about February 8, 2004, at New Bedford, in the District of Massachusetts,

**STEPHEN BRUM,**

defendant herein, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed seven rounds of 9 mm ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## Supplemental Factual Allegations

The Grand Jury further finds that:

    1. The offense charged in Count One involved a stolen firearm. Accordingly, U.S.S.G. §2K2.1(b)(4) applies to this case.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY




_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY



DISTRICT OF MASSACHUSETTS;  8-4   , 2004

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK