## UNITED STATES DISTRICT COURT

CRIMINAL NO. 04-10227-RWZ

UNITED STATES OF AMERICA

vs.

STEPHEN BRUM

## MOTION FOR RECONSIDERATION OF CONDITIONS OF DETENTION

NOW COMES the defendant, Stephen Brum, by counsel and moves this Honorable Court for Reconsideration of Conditions of Detention and to allow defendant to be transferred to MCI-Bridgewater, where medical records can be obtained from MCI-Walpole and the defendant may receive proper medical attention and necessary medications.

The defendant is detained at the Donald W. Wyatt Detention Facility. The defendant has a long medical/psychiatric history for which he has been prescribed psychotropic medications for various mental health issues. The defendant was receiving his medication while in state custody prior to his detention at the Wyatt Detention Facility. The medical staff at Wyatt has stated to the defendant that the facility does not provide the mental health medications previously prescribed.

The defendant suffers from chronic adult ADHD, anxiety attacks and psychological problems including psychotic episodes. At Bristol County Correction 100mg of Serequil was dispensed, as an anti-psychotic, along with Ritalin and Paxil. These medications were also prescribed by defendant's private physician.

Wherefore defendant, by counsel, requests this Honorable Court to transfer the defendant from the Donald W. Wyatt facility to MCI- Bridgewater so that he may receive the proper medical attention and necessary medications.

Respectfully submitted,

August 25, 2004

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
Boston, MA 02110
(617) 357-0770
BBO# 558533