# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

        Plaintiff,        CIVIL ACTION
v.                                  NO. 04-10227-RWZ

STEPHEN BRUM

        Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
|---|---|
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **September 13, 2004, 10:00 A.M.** |

_____

Type of Proceeding:

**ARRAIGNMENT & DETENTION**

_____

                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE


  August 30, 2004               /s/ Lisa B. Roland
Date                                  Lisa B. Roland,
                                        Deputy Clerk
                                        (508) 929-9905

cc: All counsel