## UNITED STATES DISTRICT COURT

CRIMINAL NO. 04-10227-RWZ

UNITED STATES OF AMERICA

vs.

STEPHEN BRUM

## AFFIDIVIT IN SUPPORT OF MOTION FOR RECONSIDERATION OF CONDITIONS OF DETENTION

The undersigned, Stephen Brum, affiant, subscribes and swears to the following statement of facts:

1. I, Stephen Brum, am the defendant in the above-entitled case.

2. I have been diagnosed with chronic adult ADHD, psychological problems, including psychotic episodes and suffer from anxiety attacks.

3. On February 8, 2004, I was arrested and held at Bristol County Correctional Facility in New Bedford. While at Bristol County I received medication for my mental health care. Upon the Order of the court I was remanded to federal custody and transferred to Donald W. Wyatt.

4. Since being incarcerated at the Wyatt facility I have not received any medication addressing the issues of my mental health. I have spoken with the physician at the facility and he stated that Donald W. Wyatt does not provide medication for mental health problems.

5. I have been previously incarcerated at MCI-Walpole and was treated at that facility for my illnesses. I was released from that facility in June of

2003. I continued my treatment of medications once released by seeing a private physician.

6. The medications I require are Serequil, Paxil and Ritalin; previously provided for me in the state system and by private physician.

7. I request that my conditions of detention be changed, to place me at Bridgewater as a federal detainee where I can receive the necessary medications for my condition.

Subscribed and sworn this 26th day of August, 2004.

_____
Stephen Brum

_____
Notary Public
My Commission Expires: 6/3/05