# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10227-RWZ |
| STEPHEN BRUM, ) | |
| Defendant, ) | |

## INITIAL STATUS REPORT
### October 27, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has completed its obligation for discovery and Mr. Brum's counsel has requested additional time to review that discovery and to discuss the discovery with his client.  I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on December 2, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.    <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 28, 2004 (date of expiration of prior order of excludable time) through December 2, 2004 (date by which discovery shall be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, February 10, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE