# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
           v.                   )    CRIMINAL ACTION
                                )    NO. 04-10227-RWZ
STEPHEN BRUM,                   )
           Defendant,           )
_____)
```

### STATUS REPORT
### December 3, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Substantive Motions</u>

After reviewing the Government's discovery, Mr. Brum has indicated that he intends to file substantive motions in this case and those motions shall be filed by February 24, 2005. The Government shall file its opposition to those motions by March 17, 2005.

3. <u>Further Status Conference</u>

A further status conference shall be held in this case on March 21, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street,

Worcester, Massachusetts.

    4.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from December 2, 2004 (date of expiration of prior order of excludable time) through March 17, 2005 (date by which the Government is to file its opposition to Mr. Brum's substantive motions). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, May 30, 2005</u>.


<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE