# EXHIBIT A

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
## REPORT OF INVESTIGATION

Page 1 of 2

**ADDRESSED TO:**
Special Agent in Charge
Boston Field Division

**MONITORED INVESTIGATION INFORMATION:**
Boston Field Division

**TITLE OF INVESTIGATION:**
Stephen BRUM

**CASE NUMBER:**

**REPORT NUMBER:**
6

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| | | | |
|---|---|---|---|
| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)* | SUBMITTED BY *(Title and Office)* | SUBMITTED BY *(Date)* |
|---|---|---|
| Sheila M. O'Hara | Special Agent, Boston IV Field Office | 06/30/2004 |
| **REVIEWED BY** *(Name)* | **REVIEWED BY** *(Title and Office)* | **REVIEWED BY** *(Date)* |
| Kenneth J. Croke | Group Supervisor, Boston IV Field Office | |
| **APPROVED BY** *(Name)* | **APPROVED BY** *(Title and Office)* | **APPROVED BY** *(Date)* |
| William J. Hoover | Special Agent in Charge, Boston Field Division | |

## DESCRIPTION OF ACTIVITY:

Arrest and statements by Stephen BRUM.

## SYNOPSIS:

On Tuesday, June 22, 2004, Special Agent Sheila O'Hara filed a criminal complaint charging BRUM with violations of Title 18 USC, Section 922(g)(1), felon in possession of ammunition. Magistrate Charles Swartwood issued a federal arrest warrant for BRUM.

## NARRATIVE:

1. On Tuesday, June 22, 2004, S/A O'Hara filed a criminal complaint charging BRUM with violations of Title 18 USC, Section 922(g)(1), felon in possession of ammunition and Magistrate Swartwood issued a federal arrest warrant for BRUM (see attached copy of criminal complaint CR #04-1788-CBS)

2. On Monday, June 28, 2004, BRUM was processed at the US Marshal's, Boston, MA. S/A O'Hara was explaining to BRUM what the charge was in federal court and that it related to the state firearms charges that he was currently being held for. S/A O'Hara also advised BRUM that he was going to make an initial appearance before the federal magistrate and that the proceeding should take approximately 10 minutes. BRUM asked if he would have counsel present and S/A O'Hara advised him that she did not know if there would be one waiting upstairs. She advised that he would not be entering any pleas at this time, just making an appearance before the magistrate. She further advised him that there would be a Probable Cause and

SB 014

ATF EF 3120.2 (5-98)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 2 of 2

| ADDRESSED TO:<br>Special Agent in Charge<br>Boston Field Division | MONITORED INVESTIGATION INFORMATION:<br>Boston Field Division |
|---|---|
| TITLE OF INVESTIGATION:<br>Stephen BRUM | |
| CASE NUMBER: | REPORT NUMBER:<br>6 |

Detention Hearing scheduled in the next few days and that he would definitely have an attorney assigned to him for those proceedings if he could not afford his own attorney.

3. Immediately following processing, BRUM was escorted up to the courtroom by S/A O'Hara and a Deputy US Marshal. During the elevator ride, S/A O'Hara advised BRUM that this federal charge was for possession of ammunition because investigators could not prove interstate on the firearm recovered from BRUM. Once the elevator stopped BRUM was escorted to a holding cell outside the courtroom by Deputy US Marshall Kevin Neal. S/A O'Hara advised BRUM that she would be interested in who he obtained the firearm from, but that this was something he should discuss with his attorney when one was assigned to him. At this time BRUM started to discuss his possession of the firearm and S/A O'Hara stopped him and told him that she has not read him his Miranda Rights and that he does not have to say anything to her. He said that he understood and then asked S/A O'Hara how much time he could be facing. S/A O'Hara advised BRUM that because of his criminal record, he could be facing a mandatory 15 years. BRUM said that he did not have any violence in his record and S/A O'Hara advised him that he had a number of B&E's, which the courts consider crimes of violence and that is why he could possibly receive a lengthy sentence.

4. At this time BRUM said that he could do 15 years for having a gun that he found and only had for approximately 3 days. S/A O'Hara again stopped BRUM and advised him that he did not have to say anything to her about this. She further asked that although she did not read him his Miranda Rights, if he is aware of them and that he does not have to tell her anything or say anything about possessing the firearm. BRUM said that he was aware of his Miranda Rights and proceeded to tell S/A O'Hara that he found the firearm in or around a dumpster located behind his residence 11 Nye Street. He said that there was a group of young men who were always out in the neighborhood dealing drugs and that they sometimes get chased by police and will stash their drugs in the dumpster area. BRUM said that if saw this happening he would go out back and retrieve the drugs for himself.

5. BRUM further advised that it was a similar situation the night he found the gun. He saw a group of kids running through the back of his residence and after a short while he went out to the dumpster area kicked some garbage around and found the gun. S/A O'Hara asked BRUM if he knew or could describe the group of young men who disposed of the firearm and he said he did not know them and could not identify them. S/A O'Hara advised him that he should have told the police about the firearm and turned it over to them that night and that he should not have kept the weapon. At about this time, BRUM was escorted into the courtroom.

6. Present during this entire conversation was Deputy US Marshal Kevin Neal.

ATTACHMENTS:

1) Copy of criminal complaint CR #04-1788-CBS

SB 015

ATF EF 3120.2 (5-98)