# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-10227-RWZ
STEPHEN BRUM,                  )
         Defendant,            )
_____)
```

### FINAL STATUS REPORT
### March 21, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Zobel, J. to whom this case is assigned:

1. <u>Substantive Motions</u>

Mr. Brum has filed a substantive motion and the Government has filed its opposition to that motion. Therefore, I am returning this case to Judge Zobel for determination of that motion and for all further proceedings in this case.

2. <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through March 17, 2005. Therefore, assuming no further

order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, May 30, 2005</u>.

                                         <u>/s/Charles B. Swartwood, III</u>
                                         CHARLES B. SWARTWOOD, III
                                         CHIEF MAGISTRATE JUDGE