```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**   )
                               )   CRIMINAL NO. 04-10227-RWZ
     v.                        )
                               )
**STEPHEN BRUM**               )

## NOTICE OF CONFLICT PURSUANT TO L.R. 402

On April 21, 2005, this Court scheduled a suppression hearing in this matter for 2:00 p.m. on May 24, 2005.  On May 16, 2005, another session of this Court (Gertner, J.) issued, in <u>United States v. Joseph DeKorne</u>, Criminal No. 03-10164-NG, an Order to Show Cause why certain officials should not be held responsible for certain issues relevant to the defendant's mental health, setting a hearing for 10:00 a.m. on May 24, 2005.  On May 19, 2005, the Court issued an electronic notice changing the time of the hearing on the Order to Show Cause from 10:00 a.m. to 3:00 p.m.  While the government has received no materials from the defendant in this case in connection with any evidence he proposes to elicit at the suppression hearing[1], it is uncertain that the suppression hearing will be concluded by 3:00 p.m.  Accordingly  the government notifies the Court of this potential conflict pursuant to L.R. 40.2.  The government is unsure which

---

[1] The defendant indicated at the last appearance that he might call a mental health expert to testify, but the government has received no further information in this regard.

of the two proceedings has precedence.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:
                                      /s/Robert E. Richardson
                                      ROBERT E. RICHARDSON
                                      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                           Boston, Massachusetts
                                      May 20, 2005

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing on Benjamin D. Entine, Esq., counsel of record for the defendant.

                                        /s/Robert E. Richardson
                                        ROBERT E. RICHARDSON