<u>**UNITED STATES DISTRICT COURT**</u>

CRIMINAL NO. 04-10227-RWZ

UNITED STATES OF AMERICA

vs.

STEPHEN BRUM

<u>**MOTION FOR FUNDS FOR EXPERT SERVICES**</u>

The undersigned counsel for the defendant, Stephen Brum moves the Court for funds for expert services for a forensic psychological examination to be used as an aid at the evidentiary hearing, scheduled for May 24, 2005.

The undersigned seeks funds to retain the services of Dr. Scott Bresler, Ph.D., a board certified forensic psychologist, in private practice. Dr. Bresler additionally serves as a Commonwealth expert, in his role as Assistant Director of Forensic Services at the Bridgewater State Hospital. Counsel requests approval of funding in the amount of $1,500.00, including time anticipated for travel, interview of defendant, consultation with counsel and potential testimony.

WHEREFORE the undersigned moves the Court for $1,500.00 (one thousand five hundred dollars), funding for expert services for Dr. Scott Bresler, Forensic Psychologist, to conduct a psychological examination of the defendant.

Respectfully submitted,

May 20, 2005        /s/ Benjamin D. Entine, Esq.
                    77 Franklin Street
                    Third Floor
                    Boston, MA 02110
                    Tel: 617-357-0770
                    BBO# 558553