## UNITED STATES DISTRICT COURT

CRIMINAL NO. 04-10227-RWZ

UNITED STATES OF AMERICA

vs.

STEPHEN BRUM

## MOTION FOR COURT ORDERED EXAMINATION

The defendant, by counsel, has applied and received approval for funds for expert services in the anticipate ion of an evidentiary hearing scheduled to held on May 24, 2005. Counsel has arranges for Dr. Scott Bresler to visit defendant Brum for purposes of this examination at 12:00 in the United States Marshal's lockup. Counsel has been advised that the marshals will not admit Dr. Bresler and have stated that only an examination ordered by the Bureau of Prisons can be conducted. This will result in the defendant's inability to present necessary testimony at the evidentiary hearing. Counsel had anticipated accompanying Dr. Bresler and being present during the examination in the lockup.

Counsel moves for an order of the Court to admit Dr. Bresler for purposes of conducting the necessary examination. Alternatively, counsel requests that the proceedings be continued to such time as satisfactory arrangements can be made for examination by Dr. Bresler and an opportunity to confer with counsel concerning his findings.

Respectfully submitted,

May 23, 2005

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
Third Floor
Boston, MA 02110
Tel: 617-357-0770
BBO# 558553