**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA  )
          )
    v.     )CRIMINAL NO. 04-10227-RWZ
          )
STEPHEN BRUM      )

**GOVERNMENT'S MOTION TO**
**ENLARGE TIME**

   The government hereby respectfully moves for an enlargement of time, to and including June 8, 2005, to advise the Court and the defendant whether it will seek to offer expert evidence regarding the defendant's motion to suppress statements.  As grounds therefor, the United States states that it is awaiting information that will inform this decision and which it expects to receive by such date.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

      By:  /s/Robert E. Richardson
        ROBERT E. RICHARDSON
        Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                              Boston, Massachusetts
                                          June 6, 2005

        I hereby certify that a true copy of the foregoing was
served by electronic filing upon counsel for the defendant,
Benjamin D. Entine, Esq., 77 Franklin Street, Third Floor,
Boston, MA 02110.

                              <u>/s/Robert E. Richardson</u>
                              Robert E. Richardson
                              Assistant U.S. Attorney

2