UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10227-RWZ |
| ) | |
| **STEPHEN BRUM** ) | |

**GOVERNMENT'S NOTICE RE: EXPERT TESTIMONY**

    The government hereby respectfully notifies the Court and the defendant that it does not seek to adduce expert testimony regarding the defendant's motion to suppress statements.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:  <u>/s/Robert E. Richardson</u>
                              ROBERT E. RICHARDSON
                              Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                    Boston, Massachusetts
                                                        June 9, 2005

    I hereby certify that a true copy of the foregoing was served by electronic filing upon counsel for the defendant, Benjamin D. Entine, Esq., 77 Franklin Street, Third Floor, Boston, MA 02110.

                                      <u>/s/Robert E. Richardson</u>
                                       Robert E. Richardson
                                       Assistant U.S. Attorney