# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to: Bristol County Jail and House of Correction

YOU ARE COMMANDED to have the body of __STEPHEN BRUM__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 12, on the 5TH floor, Boston, Massachusetts on 7/13/05, at 2:00 P. M. for the purpose of __CONTINUANCE OF SUPPRESSION HEARING__ in the case of UNITED STATES OF AMERICA V. __STEPHEN BRUM__

CR Number __04CR10227-RWZ__

And you are to retain the body of said __STEPHEN BRUM__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __STEPHEN BRUM__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 12TH day of JULY, 2005.


__S/ Rya W. Zobel__
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

                                        TONY ANASTAS
                                        CLERK OF COURT

       SEAL

                                  By:  __S/ Lisa A. Urso__
                                             Deputy Clerk

(Habeas Writ.wpd - 12/98)                                                                       [kwhcap.] or
                                                                                              [kwhcat.]