<u>**UNITED STATES DISTRICT COURT**</u>

CRIMINAL NO. 04-10227-RWZ

UNITED STATES OF AMERICA

vs.

STEPHEN BRUM

<u>**MOTION TO CONTINUE**</u>

NOW COMES the undersigned, counsel for the defendant, Stephen Brum, and requests this Honorable Court to continue the pre-trail conference scheduled for October 19, 2005 at 2:00 pm.

Counsel submits this request in order to observe the cycle of the Jewish holidays on October 4, 5, 13, 18, 19, 25 and 26, 2005.

Assistant United States Attorney, Robert Richardson, has assented to this motion and submits an available date of October 20, 2005.

Respectfully submitted,

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
Third Floor
Boston, MA 02110
617-357-0770
BBO# 558533

September 9, 2005