```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**    )
                                )
         v.                     )    CRIMINAL NO. 04-10227-RWZ
                                )
**STEPHEN BRUM**                )
                                )

## ASSENTED-TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The government respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between the status conference on October 20, 2005 and the status report scheduled to be filed on November 30, 2005.  As grounds therefor, the United States states that at the October 20, 2005 conference counsel for the defendant indicated that additional time is necessary to enable the parties to investigate the defendant's criminal history, and thus, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by continuing the matter to November 30, 2005 for such purpose outweigh the best interest of the public and the defendant in a speedy trial.

The defendant, through his counsel, has assented to the

exclusion of said period for purposes of the STA.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

By:
                            /s/ Robert E. Richardson
                            ROBERT E. RICHARDSON
                            Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                    Boston, Massachusetts
                            October 25, 2005

    I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Benjamin D. Entine, Esq.

                            /s/ Robert E. Richardson
                            ROBERT E. RICHARDSON