<u>UNITED STATES DISTRICT COURT</u>

CRIMINAL NO. 04-10227-RWZ

UNITED STATES OF AMERICA

vs.

STEPHEN BRUM

<u>DEFENDANT STEPHEN BRUM'S MOTION FOR PRE-PLEA PROBATION DETERMINATION OF HIS CRIMINAL HISTORY</u>

NOW COMES the defendant, Stephen Brum, by counsel and requests this Honorable Court to order the United States Probation Department to make a determination of his criminal history prior to him entering into a plea agreement with the government in the above-referenced case. As grounds for this request, the defendant and counsel sates that this information is necessary to properly make an informed decision about the consequences of pleading guilty versus going to trial. The government does not oppose this request.

Respectfully submitted,

Dated: April 3, 2006

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0440
BBO# 558533
bejdphd@earthlink.net

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 3rd day of April, 2006.

/s/ Benjamin D. Entine, Esq.