UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10227-RWZ |
| | ) | |
| **STEPHEN BRUM** | ) | |
| | ) | |

## ASSENTED-TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The United States respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between November 30, 2005 and the status conference currently set for April 27, 2006. As grounds therefor, the United States states that, in order for the defendant to make an informed decision regarding the disposition of this matter, he needs to determine whether he qualifies as an armed career criminal for purposes of 18 U.S.C. § 924(e). The Unites States further states that, in the wake of Shepard v. United States, 544 U.S. 13 (2005), the parties have been attempting to, but have not been able to, make this determination. In this connection, the Court has allowed the defendant's motion for a pre-plea presentence report, which the parties anticipate will provide needed guidance in this regard. In light of the importance of this issue to the defendant's

potential sentence, the United States submits that, consistent with 18 U.S.C. §3161(h)(8)(A), the ends of justice served by continuing the matter from November 30, 2005 to April 25, 2006 in connection with the parties' efforts to determine the defendant's criminal history outweigh the best interest of the public and the defendant in a speedy trial.

The defendant, through his counsel, has assented to the exclusion of said period for purposes of the STA.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                           Boston, Massachusetts
                                        April 12, 2006

I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Benjamin D. Entine, Esq.

/s/ Robert E. Richardson
ROBERT E. RICHARDSON
