UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10227-RWZ |
| | ) |
| **STEPHEN BRUM** | ) |

## GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The United states hereby respectfully moves this Court to continue the status conference currently scheduled for April 27, 2006 at 3:00 p.m. to April 28, 2006 or such other time as is convenient to the Court. As grounds therefor, undersigned counsel states he has been advised by the office of counsel for the defendant that counsel for the defendant has a previously-scheduled court appearance in Worcester during the afternoon of April 27, 2006.

The defendant, through counsel, has assented to the allowance of this motion for a continuance.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/Robert E. Richardson
    ROBERT E. RICHARDSON
    Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

    I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 21, 2006.

                                            /s/Robert E. Richardson
                                            Robert E. Richardson
                                            Assistant U.S. Attorney